AO-91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
01/11/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
01/12/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____JD_____ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEVON JARMON DUDLEY,

Defendant.

UNDER SEAL

Case No. 8:21-mj-00008-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about July 28, 2020 to the present, in the County of Orange, within the Central District of California, and elsewhere, the above-named defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight To Avoid Prosecution |

This criminal complaint is based on these facts:

☒ Continued on the attached affidavit.

/s/
*Complainant's signature*

Steven C. Wrathall, FBI Special Agent
*Printed name and title*

Attested to by the applicant via telephone in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: January 12, 2021

*Karen E. Scott*
*Judge's signature*

City & State: Santa Ana, California

Karen E. Scott, U.S. Magistrate Judge
*Printed name and title*

AUSA: Robert J. Keenan  //  (714) 338-3597

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Steven Christopher Wrathall, being duly sworn, hereby depose and state the following:

**INTRODUCTION**

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since February 1, 2009. I am assigned to the Orange County Violent Crime Task Force ("OCVCTF"). The OCVCTF is composed of federal and local law enforcement agencies, including, but not limited to, the FBI and detectives from the Anaheim Police Department (APD). The OCVCTF is responsible for, among other things, locating violent fugitives and investigating violent crime in Orange County.

2. I have worked on the violent crimes squad in Orange County since 2012 and have experience working a variety of violent crime offenses, including crimes against children, fugitives, death threats, and murder for hire, among others. I have also received ongoing training on these various violations since 2012.

**PURPOSE OF AFFIDAVIT**

3. This affidavit is made in support of a criminal complaint and arrest warrant against **DEVON JARMON DUDLEY** ("DUDLEY"), a.k.a. "Devon Santiago," for a violation of Title 18, United States Code, Section 1073 (Unlawful Flight to Avoid Prosecution).

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and

1

witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### SUMMARY OF PROBABLE CAUSE

5. On or about July 28, 2020, the Laguna Beach Police Department ("LBPD") began an investigation into the murder of John Doe ("Doe"), who was shot approximately seven times pursuant to a home invasion robbery.

6. On December 4, 2020, a Ramey Warrant was issued in Orange County Superior Court for DUDLEY for violation of California Penal Code 187(a) (Murder).

7. As detailed below, DUDLEY appears to have fled to Texas to avoid prosecution on these charges.

### STATEMENT OF PROBABLE CAUSE

8. In December 2020, I received information regarding DUDLEY from LBPD and the Orange County District Attorney's Office (OCDA). Based upon my discussions with representatives of the OCDA and LBPD, and my review of law enforcement reports, I know the following facts.

**A.  Laguna Beach PD Investigation of DUDLEY for Homicide**

9. On or about July 28, 2020, LBPD responded to a complaint of "loud bangs" believed to be gunshots at a condominium complex in Laguna Beach, California. Upon arrival, officers located a partially opened door and broken glass at one

of the residential units. Inside the unit, officers located John Doe, who was found with apparent gunshot wounds and pronounced dead at the scene. The interior of the condominium unit appeared to be ransacked. A subsequent autopsy revealed that Doe had suffered seven gunshot wounds to the neck, chest, back, hip, thigh, foot, and penis.

      10. On or about July 28, 2020, LBPD reviewed surveillance footage captured at the condominium complex. Investigators observed an unidentified adult black male climbing over a ten-foot perimeter fence of the complex. He was observed on various cameras for approximately three and a half hours before finally being seen jumping off a second story balcony to the beach shortly after the call for service was received by LBPD. He was last observed running southbound on the beach, jumped over a wall, and left the camera's view on Pacific Coast Highway.

      11. LBPD authored multiple search warrants for telephone numbers and learned the following:

      a. Doe's phone records revealed approximately 44 separate records between his phone and a phone belonging to Kaelee McCall Jones (Jones) between the dates of July 22 and July 27, 2020. Jones was placed at the condominium complex at the time of the homicide by the same video surveillance footage that captured the unknown black male.

      b.    Jones' phone records revealed that after her final call with Doe's phone, the next call she made was to a phone registered to DUDLEY. This call was approximately five hours prior to the homicide. Over that time period from the first call until the time of the homicide, there were calls to and from Jones' phone and DUDLEY's phone.

      c.    A review of DUDLEY's phone-location data revealed that the phone put him in the area of the condominium complex during the time of the homicide.

12.    On or about December 4, 2020, a Ramey Warrant was issued in Orange County Superior Court for DUDLEY for violation of California Penal Code 187(a) (Murder).

**B.**    **DUDLEY Fled to Nevada and Texas**

13.    A review of DUDLEY's phone-location data revealed that the phone traveled to the area of Jean, Nevada on or about July 28, 2020. The area appeared to be in the vicinity of the Primm Valley Resort and Casino.

14.    LBPD detectives sent a surveillance image from the condominium complex to the Primm Valley Casino security team and gave a timeframe that the device was in the area. The security team was able to identify a physical match in the Primm Valley Casino gas station surveillance footage from at approximately 5:00 p.m. PST on or about July 28, 2020, which was consistent with the phone-location data.

15.  Shortly after the day of the homicide, DUDLEY discontinued the use of his phone and social media.  The whereabouts of DUDLEY were unknown to law enforcement after the video surveillance showed him in Nevada approximately twelve hours after the time of the homicide.

16.  On or about October 31, 2020, DUDLEY was searched at Dallas-Fort Worth Airport in Dallas, Texas, while attempting to board a commercial flight to New Orleans, LA.

17.  In approximately December 2020, new information was learned from an Instagram account believed to be used by DUDLEY.  That information led investigators to a new telephone number believed to be used by DUDLEY.  The telephone number also matched a flight itinerary for DUDLEY obtained from American Airlines.

18.  In approximately December 2020, location data was obtained for the new telephone number believed to be used by DUDLEY and showed him in a suburb of Dallas, TX.  Surveillance was conducted in the area of the phone location data by Agents and Task Force Officers of the Dallas FBI, and DUDLEY was ultimately located in approximately late December 2020.

**C.   DUDLEY's Identifiers**

19.  According to Texas Department of Motor Vehicles records and FBI National Crime Information Center reports, DUDLEY is (1) a Black male, approximately 6 feet, 2 inches in height, and weighing approximately 190 pounds, with black hair and brown eyes; (2) has a date of birth of October 22, 1994; and (3) his Texas Driver's License number is 37740021.

5

**D.   LBPD's Intent to Extradite DUDLEY From Texas**

20.   On January 8, 2020, LBPD Detective Brandon Drake advised that the LBPD will seek to extradite DUDLEY from Texas and will pay any necessary expenses to do so.

## CONCLUSION

21.   For all the reasons described above, there is probable cause to believe that DUDLEY fled the State of California with intent to avoid prosecution for murder, in violation of Title 18, United States Code, Section 1073 (Unlawful Flight to Avoid Prosecution).

Attested to by the applicant
in accordance with the
requirements of Fed. R. Crim.
P. 4.1 by telephone on this
__12th__ day of January 2021.

*Karen E. Scott*
_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE