FILED

## U.S. District Court

2021 JAN 20 PM 4:08

### Northern District of Texas

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

## Notice of Electronic Filing

BY DUE

The following transaction was entered on 1/20/2021 at 3:47 PM CST and filed on 1/20/2021
**Case Name:** USA v. Dudley
**Case Number:** 3:21-mj-00032-BN
**Filer:**
**Document Number:** 12

8:21-MJ-00008-DUTY

**Docket Text:**
**Notice FROM Texas Northern TO Central District of California, Los Angeles Division of a Rule 5, Rule 32.1, or Rule 40 Appearance as to Devon Dudley. Your case number is: 8:21-mj-8. Docket sheet and documents attached.**
*If you wish to designate a different email address for future transfers, send your request to the national list host at*
*InterDistrictTransfer_TXND@txnd.uscourts.gov.* (mcrd)


**3:21-mj-00032-BN-1 Notice has been electronically mailed to:**

Federal Public Defender    jason_hawkins@fd.org, annette_hill@fd.org, astrid_gault@fd.org, cristal_a_ramos@fd.org, joel_page@fd.org, mary_moore@fd.org, monaleeza_montalvo@fd.org

**3:21-mj-00032-BN-1 The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=1/20/2021] [FileNumber=12889485-0] [8063260dfb4f2b3542421821853cdc897b9bd5124551a80484264ba1c186233e99 805a2e72535a03d7200e82d742481f408eb65529632a225d84a32631a9391b]]

# U.S. District Court
# Northern District of Texas (Dallas)
# CRIMINAL DOCKET FOR CASE #: 3:21-mj-00032-BN-1

Case title: USA v. Dudley
Other court case number: 8:21-mj-8 U.S. District Court, Western District of CA

Date Filed: 01/14/2021
Date Terminated: 01/20/2021

Assigned to: Magistrate Judge David L. Horan

**Defendant (1)**
**Devon Dudley**
*TERMINATED: 01/20/2021*

represented by **Federal Public Defender**
Federal Public Defender - Dallas
525 Griffin St
Suite 629
Dallas, TX 75202
214-767-2746
Fax: 214-767-2886
Email: jason_hawkins@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender Appointment*
*Bar Status: Admitted/In Good Standing*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
Rule 5 Arrest

**Disposition**

**<u>Plaintiff</u>**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2021 | <u>1</u> | Rule 5 Arrest as to Devon D. (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the <u>Judges Copy Requirements</u> and <u>Judge Specific Requirements</u> is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (mcrd) (Entered: 01/14/2021) |
| 01/14/2021 | <u>2</u> | MOTION for Detention filed by USA as to Devon D. (mcrd) (Entered: 01/14/2021) |
| 01/15/2021 | <u>3</u> | Minute Entry for proceedings held before Magistrate Judge David L. Horan: Initial Appearance as to Devon Dudley held on 1/15/2021. Date of Arrest: 1/15/2021. Location interval set to: LC. The judge issued the oral order required by Fed. R. Crim. P. 5(f)(1). Written order to follow. Attorney Appearances: AUSA - Andrew Briggs; Defense - Gabriela Vega. (No exhibits) Time in Court - :05. (Court Reporter: Shawn McRoberts) (mcrd) (Entered: 01/15/2021) |
| 01/15/2021 | <u>4</u> | ELECTRONIC ORDER As to Devon Dudley: by this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present. (Ordered by Magistrate Judge David L. Horan on 1/15/2021) (mcrd) (Entered: 01/15/2021) |
| 01/15/2021 | <u>5</u> | (Document Restricted) CJA 23 Financial Affidavit by Devon Dudley. (mcrd) (Entered: 01/15/2021) |
| 01/15/2021 | <u>6</u> | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Devon Dudley. Federal Public Defender for Devon Dudley appointed. (Ordered by Magistrate Judge David L. Horan on 1/15/2021) (mcrd) (Entered: 01/15/2021) |
| 01/15/2021 | <u>7</u> | WAIVER of Rule 5 Hearing (ID Only) by Devon Dudley. (mcrd) (Entered: 01/15/2021) |
| 01/15/2021 | <u>8</u> | ORDER OF TEMPORARY DETENTION as to Devon Dudley: PC and Detention Hearing set for 1/20/2021 10:00 AM in US Courthouse, Courtroom 1306, 1100 Commerce St., Dallas, TX 75242-1310 before Magistrate Judge David L. Horan. (Ordered by Magistrate Judge David L. Horan on 1/15/2021) (mcrd) (Entered: 01/15/2021) |
| 01/20/2021 | <u>10</u> | Minute Entry for proceedings held before Magistrate Judge David L. Horan: Preliminary and Detention Hearing not held on 1/20/2021 as to Devon Dudley. Federal case dismissed in California. Defendant to be extradited on state warrant. Attorney Appearances: AUSA - Andrew Briggs; Defense - Gabriela Vega. (No exhibits) Time in Court - :01. (Court Reporter: Shawn McRoberts) (Interpreter N/A.) (mcrd) (Entered: 01/20/2021) |

| 01/20/2021 | 11 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Devon Dudley. Defendant is discharged. Paperwork sent to Central District of California, Los Angeles Division. (Ordered by Magistrate Judge David L. Horan on 1/20/2021) (mcrd) (Entered: 01/20/2021) |
|---|---|---|
| 01/20/2021 | 12 | Notice FROM Texas Northern TO Central District of California, Los Angeles Division of a Rule 5, Rule 32.1, or Rule 40 Appearance as to Devon Dudley. Your case number is: 8:21-mj-8. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (mcrd) (Entered: 01/20/2021) |

**PACER fee: Exempt**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3:21-MJ-32-BN |
|---|---|
| v. | |
| DEVON JARMON DUDLEY | |

## **MOTION FOR DETENTION**

The United States of America (the "government") hereby moves for pretrial detention of the defendant, Devon Jarmon Dudley, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

　　\_\_\_\_  Crime of violence (18 U.S.C. § 3156)

　　\_\_\_\_  Maximum sentence life imprisonment or death

　　\_\_\_\_  10+ year drug offense

　　\_\_\_\_  Felony, with two prior convictions in above categories

　　_X_  Serious risk defendant will flee

　　_X_  Serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness

　　\_\_\_\_  Felony involving a minor victim

　　\_\_\_\_  Felony involving a firearm, destructive device, or any other dangerous weapon

　　\_\_\_\_  Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention—Page 1**

2. <u>Reason for Detention.</u> The Court should detain the defendant because there are no conditions of release which will reasonably assure:

    __X__   Defendant's appearance as required

    __X__   Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The government will invoke the rebuttable presumption against the defendant because:

    _____   Probable cause to believe defendant committed a 10+ year drug offense (21 U.S.C. § 801 et seq.)

    _____   Probable cause to believe defendant committed an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b

    _____   Probable cause to believe defendant committed a federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

    _____   Probable cause to believe defendant committed a 20+ year peonage, slavery, or trafficking in persons offense (18 U.S.C. §§ 1581 through 1597)

    _____   Probable cause to believe defendant committed an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425

    _____   Previous conviction for "eligible" offense committed while on release pending trial for a federal, state, or local offense

4. <u>Time for Detention Hearing.</u> The government requests that the Court conduct the detention hearing:

    _____   At first appearance

    __X__   After continuance of 3 days (not more than 3).

**Motion for Detention—Page 2**

DATED this __14th__ day of January, 2021.

                Respectfully submitted,

                PRERAK SHAH
                ACTING UNITED STATES ATTORNEY

                */s/ Andrew J. Briggs*
                ANDREW J. BRIGGS
                California State Bar No. 294224
                Assistant United States Attorney
                1100 Commerce Street, Suite 300
                Dallas, Texas 75242-1699
                Telephone: (214) 659-8600
                Facsimile: (214) 659-8800
                Email: andrew.briggs@usdoj.gov

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JUDGE: DAVID L. HORAN | |
| DEPUTY CLERK: Shakira Todd | COURT REPORTER/TAPE NO: Shawn McRoberts |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 11:28 – 11:33 |
| 10:00 A.M.          P.M. | DATE: January 15, 2021 |

☑ MAG. NO.   ☐ DIST. CR. NO. 3:21-mj-00032-BN *SEALED*      US Magistrate Judge David L. Horan

UNITED STATES OF AMERICA     §     Andrew Briggs_____, AUSA
                             §
v.                           §     _____ ☐
                             §
                             §     Gabriela Vega (F)_____ ☐
                             §     COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)
DEVON D. (1)                 §

☑ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 01/15/2021 ☐ SURRENDER _____
☑ RULE 5/32 ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☑ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL  PC •  _____
☐ ARRAIGNMENT SET ☑ DETENTION HEARING SET  1/20/2021 at 10:00 AM

☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☑ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☑ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT. (ID only)
☑ WAIVER OF ☐ PRELIMINARY HEARING ☑ RULE 5/32 HEARING ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT
FILED
JAN 15 2021
CLERK, U.S. DISTRICT C..
By _____ SWS
    Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Case No. 3:21-mj-00032-BN *SEALED* |
| | § | |
| DEVON D. (1) | § | |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The Court, having considered the Financial Affidavit of the Defendant, the court finds that the Defendant is financially unable to obtain counsel, and

IT IS, THEREFORE, ORDERED pursuant to Title 18, United States Code, Section 3006A, that the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the above named Defendant. Such appointment shall be for all proceedings, including any appeal.

SIGNED this 15th day of January 2021.

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 1 ~~~~
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 3:21-mj-00032-BN *SEALED* |
| § | |
| DEVON D. (1) § | |

## ORDER OF TEMPORARY COMMITMENT

On this date the above named Defendant appeared before the undersigned magistrate judge after having been arrested in the above numbered action for an offense against the laws of the United States, and

☒ The government having moved the magistrate judge to hold a hearing to determine whether any condition or combination of conditions will reasonably assure the Defendant's appearances and the safety of any other person and the community (18 U.S.C. §3142(f), as amended P.L. 98-473, 98 Stat. 1837), and

☒ The government's attorney having moved for a continuance of such hearing

☐ It appearing that the Defendant may not be capable of posting of a monetary bond as a condition to assure his appearance and the safety of any other person and the community (§3142(c), supra), and that a hearing on whether the Defendant should be released on bond or should be detained pending disposition of the criminal charges should be deferred from today's date, and

☐ Defendant having moved for a continuance so that he can have an attorney present at the hearing,

IT IS, THEREFORE, ORDERED that the Detention Hearing is to be held on __1/20/2021__ at __10 am__ before the undersigned magistrate judge, unless extended for good cause. *

IT IS FURTHER ORDERED that the Defendant is committed to the custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal, pending the above scheduled detention hearing.

A copy of this order shall be transmitted to counsel for the parties.

ENTERED this __15th__ day of __January__.

_/s/ David L. Horan_
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

*A continuance on behalf of the government will be granted without a hearing only upon the written consent of the Defendant or his attorney. A continuance on behalf of the Defendant will be granted without a hearing upon the written request of the Defendant or his attorney. Continuances shall not exceed five work days from the original setting for the Detention Hearing.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| JUDGE: DAVID L. HORAN | | |
|---|---|---|
| DEPUTY CLERK: Shakira Todd | COURT REPORTER/TAPE NO: Shawn McRoberts | |
| LAW CLERK: | USPO/PTSO: | |
| INTERPRETER: | COURT TIME: 10:09 - 10:10 | |
| 10:00 A.M. | P.M. | DATE: January 20, 2021 |

☑ MAG. NO.    ☐ DIST. CR. NO. 3:21-mj-00032-BN *SEALED*    US Magistrate Judge David L. Horan

UNITED STATES OF AMERICA    §    _Andrew Briggs_, AUSA
                            §
v.                          §    _____ ☐
                            §
                            §    _Gabriela Vega (F)_ ☐
                            §    COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)
DEVON D. (1)                §

☐ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☑ PRELIMINARY HEARING
☑ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT  ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY:   ☐ SURRENDER_____
☐ RULE 5/32  ☐ APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED WITH COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐ DETENTION HEARING SET _____
☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐ SET  ☐ REDUCED TO $ _____ ☐ CASH  ☐ SURETY  ☐ 10%  ☐ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☑ DEFT  ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF  ☐ PRELIMINARY HEARING  ☐ RULE 5/32 HEARING  ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE  ☐ ID  ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☑ REMARKS: _Order dismissing Indictment filed in CA. State warrant is active. Defendant remanded to custody to be extradited._

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 20 2021
CLERK, U.S. DISTRICT COURT
BY_____ Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | Case No. 3:21-mj-00032-BN *SEALED* <br> Other Dist. Docket No. 8:21-mj-8 <br> Charge Pending: 18 USC § 1073 <br> Central District of California <br> Los Angeles Division |
| v. | | |
| DEVON D. (1) | | |

### REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
### AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of UNLAWFUL FLIGHT TO AVOID PROSECUTION. Having been arrested in this district on a warrant issued on that/those charge(s) he/she appeared before me for proceedings as follows:

**Rule 5(c)(3)**     **Transfer**

- ☑ The government has produced a copy of the warrant, and

- ☑ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

    - ☑ The defendant waived identity hearing.

    - ☐ An identity hearing was conducted, and the defendant's identity was established.

- ☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

---

**Rule 5.1:**     **Preliminary Hearing**

- ☐ No preliminary hearing is necessary because the defendant is charged by indictment.

- ☐ The defendant waived a preliminary hearing.

- ☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

- ☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    - ☐ There is probable cause to believe that the defendant committed the offense(s) charged.

    - ☐ There is NOT probable cause to believe that the defendant committed the offense(s) charged.

FILED
NORTHERN DISTRICT OF TEXAS
JAN 20 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

**Rule 5(d)(3)   Detention Hearing**

- ☐ No detention hearing is necessary because the government did not move to detain the defendant.

- ☐ The defendant waived a detention hearing.

- ☐ The defendant elected to have a detention hearing in the district where the prosecution is pending.

- ☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    - ☐ The defendant should be detained.

    - ☐ The defendant should be released on bond.

---

### ORDER ENTERED ON THE FOREGOING REPORT

TO:  UNITED STATES MARSHAL

- ☐ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

- ☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

- ☒ It is ORDERED that this defendant be discharged. *based on dismissal of complaint in charging district*

DATE: 20th day of January, 2021

(Use Other Side for Return)                                      United States Magistrate Judge